# United States District Court
# for the Southern District of Illinois

JOHN REMELIUS          )
                       )
    Plaintiff,         )      Case Number: 15-cv-0553-MJR-SCW
                       )
       v.             )
                       )
VAISALA, INC.,         )
                       )
    Defendant(s).      )
                       )

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated October 11, 2016 (reflecting the parties' settlement), this case is dismissed with prejudice, each party to bear his/its own costs unless otherwise provided in the settlement documents.

Dated: December 19, 2016

JUSTINE FLANAGAN, Acting Clerk of Court
s/ Reid Hermann
Deputy Clerk

Approved: _____
MICHAEL J. REAGAN
United States District Judge